RECEIVED
APR 2 4 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| JEROME C. HOLLAND, III, ET AL | CIVIL ACTION NO. 5:06CV0479 |
| VERSUS | JUDGE: HICKS |
| HARTFORD INSURANCE CO. OF THE MIDWEST | MAGISTRATE JUDGE: HORNSBY |

## ORDER TO REMAND

Considering the Joint Motion to Remand filed by the parties hereto:

IT IS ORDERED that the captioned lawsuit is remanded to state court.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAG.